BINGHAM MCCUTCHEN LLP
Jonathan Loeb (#162758) jonathan.loeb@bingham.com
Jeffrey Rosenfeld (#221625) jeffreyrosenfeld@bingham.com
Edward Andrews (#268479) edward.andrews@bingham.com
Yosef A. Mahmood (#295976) yosef.mahmood@bingham.com
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082
Telephone: 310-907-1000
Facsimile: 310-907-2000

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
Linda Lye (#215584) llye@aclunc.org
Julia Harumi Mass (#189649) jmass@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Facsimile: 415-255-8437

ASIAN AMERICANS ADVANCING
JUSTICE - ASIAN LAW CAUCUS
Nasrina Bargzie (#238917) nasrinab@advancingjustice-alc.org
Yaman Salahi (#288752) yamans@advancingjustice-alc.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: 415-848-7711
Facsimile: 415-896-1702

*Attorneys for Plaintiffs Wiley Gill, James Prigoff, Tariq Razak, Khaled Ibrahim, and Aaron Conklin*

Additional counsel listed on signature page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALED IBRAHIM; and AARON CONKLIN, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE; ERIC H. HOLDER, Jr., in his official capacity as the Attorney General of the United States; PROGRAM MANAGER - INFORMATION SHARING ENVIRONMENT; KSHEMENDRA PAUL, in his official capacity as the Program Manager of the Information Sharing Environment, <br><br> Defendants. | No. 3:14-CV-03120-RS <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITS** |

Pursuant to Civil Local Rule 7-11 and 7-12, Plaintiffs respectfully request an enlargement of the page limit from 25 pages to 35 pages for their opposition to Defendants' Motion to Dismiss. In support of this administrative motion, Plaintiffs state as follows:

1. Defendants have filed a Motion to Dismiss. *See* ECF No. 21.
2. The parties previously stipulated to an enlargement of the page limits from 25 pages to 35 pages for Defendants' Motion to Dismiss. *See* ECF No. 19. The Court entered an order approving the stipulation. *See* ECF No. 20.
3. Providing Plaintiffs 35 pages to respond to Defendants' Motion to Dismiss would ensure the parties have commensurate briefing space to address the issues raised on Defendants' motion.
4. Defendants have stipulated to the enlargement of the page limits sought herein.

Respectfully submitted,

DATED: November 13, 2014      By:_____*/s/ Linda Lye*_____

Linda Lye

BINGHAM MCCUTCHEN LLP
Jonathan Loeb (SBN 162758)
jon.loeb@bingham.com
Jeffrey Rosenfeld (SBN 221625)
jeffrey.rosenfeld@bingham.com
Edward Andrews (SBN 268479)
edward.andrews@bingham.com
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Telephone:  310-907-1000
Facsimile:  310-907-2000

BINGHAM MCCUTCHEN LLP
Stephen Scotch-Marmo (admitted *pro hac vice*)
stephen.scotch-marmo@bingham.com
Michael James Ableson (admitted *pro hac vice*)
michael.ableson@bingham.com
399 Park Avenue
New York, NY 10022-4689
Telephone:  212-705-7000
Facsimile:  212-752-5378

PLAINTIFFS' ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RE PAGE LIMITS

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Linda Lye (SBN 215584)
llye@aclunc.org
Julia Harumi Mass (SBN 189649)
jmass@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone:  415-621-2493
Facsimile:  415-255-8437

ASIAN AMERICANS ADVANCING
JUSTICE - ASIAN LAW CAUCUS
Nasrina Bargzie (SBN 238917)
nasrinab@advancingjustice-alc.org
Yaman Salahi (SBN 288752)
yamans@advancingjustice-alc.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone:  415-848-7711
Facsimile:  415-896-1702

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Hina Shamsi (admitted *pro hac vice*)
hshamsi@aclu.org
Hugh Handeyside (admitted *pro hac vice*)
hhandeyside@aclu.org
125 Broad Street
New York, NY 10004
Telephone:  212-549-2500
Facsimile:  212-549-2654

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO AND IMPERIAL
COUNTIES
David Loy (SBN 229235)
Mitra Ebadolahi (SBN 275157)
mebadolahi@aclusandiego.org
P.O. Box 87131
San Diego, CA 92138
Telephone: (619) 232-2121
Facsimile: (619) 232-0036

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
pbibring@aclusocal.org
1313 West 8th Street
Los Angeles, CA 90017
Telephone:  (213) 977-9500
Facsimile: (213) 977-5299

*Attorneys for Plaintiffs*

## STIPULATION

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs respectfully request an enlargement of the page limit from 25 pages to 35 pages for their opposition to Defendants' Motion to Dismiss. Defendants do not oppose that request for an enlargement of the page limit.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 13, 2014       By:_____/s/ Linda Lye_____

Linda Lye[1]

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*Attorneys for Plaintiffs*

DATED: November 13, 2014       By:_____/s/ Kieran G. Gostin_____

Kieran G. Gostin

JOYCE R. BRANDA
Acting Assistant Attorney General

MELINDA L HAAG
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

PAUL G. FREEBORNE
Senior Trial Counsel

KIERAN G. GOSTIN
DC Bar No. 1019779
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washginton, D.C. 20044
Telephone: (202) 353-4556
Facsimile: (202) 616-8460\
Email: kieran.g.gostin@usdoj.gov

*Attorneys for Defendants*

---

[1] I, Linda Lye, hereby attest, in accordance with Local Rule 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

### [PROPOSED] ORDER

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that notwithstanding Civil Local Rule 7-3, Plaintiffs may file an opposition brief not to exceed 35 pages.

IT IS SO ORDERED.

Dated: 11/14/14

_____
Hon. Richard Seeborg
United States District Judge

# DECLARATION OF LINDA LYE IN SUPPORT OF ADMINISTRATIVE MOTION REGARDING PAGE LIMITS

I, Linda Lye, declare as follows:

1. I am counsel for Plaintiffs in the above-captioned matter. I am a member of good standing of the State Bar of California and the bar of this Court. I make this declaration in support of this Stipulation Regarding Page Limits, filed concurrently herewith. The matters stated in this declaration are based on my personal knowledge and if called upon to do so, I could and would competently testify thereto.

2. On October 14, 2014, the parties stipulated to Defendants' request to enlarge the page limits for its Motion to Dismiss from 25 pages to 35 pages. *See* ECF No. 19.

3. On October 16, 2014, the Court entered an order approving the stipulation. *See* ECF. No. 20.

4. On October 12, 2014, my office contacted counsel for Defendants and inquired whether Defendants would stipulate to an enlargement of the page limits for Plaintiffs' opposition brief from 25 pages to 35 pages.

5. On October 13, 2014, counsel for Defendants responded that Defendants would so stipulate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of November 2014.

                                              */s/ Linda Lye*
                                                 Linda Lye