MORGAN, LEWIS & BOCKIUS LLP
Stephen Scotch-Marmo (admitted *pro hac vice*), stephen.scotch-marmo@morganlewis.com
Michael James Ableson (admitted *pro hac vice*), michael.ableson@morganlewis.com
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000; Facsimile: (212) 309-6001

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Linda Lye (SBN 215584), llye@aclunc.org
Julia Harumi Mass (SBN 189649), jmass@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493; Facsimile: (415) 255-8437

ASIAN AMERICANS ADVANCING
JUSTICE - ASIAN LAW CAUCUS
Nasrina Bargzie (SBN 238917), nasrinab@advancingjustice-alc.org
Yaman Salahi (SBN 288752), yamans@advancingjustice-alc.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 848-7711; Facsimile: (415) 896-1702

*Attorneys for Plaintiffs*
Additional counsel listed on signature page of Plaintiffs' special motion

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALID IBRAHIM; and AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE; LORETTA LYNCH,[1] in her official capacity as the Attorney General of the United States; PROGRAM MANAGER – INFORMATION SHARING ENVIRONMENT; KSHEMENDRA PAUL, in his official capacity as the Program Manager of the Information Sharing Environment,<br><br>Defendants. | Case No. 3:14-cv-03120 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' SPECIAL MOTION TO ESTABLISH RIGHT TO DISCOVERY ON THE DEPARTMENT OF JUSTICE'S STANDARD FOR SUSPICIOUS ACTIVITY REPORTING AND SUBMISSION OF ADMINISTRATIVE RECORD REGARDING FUNCTIONAL STANDARD** |

---

[1] In light of Ms. Lynch's swearing in as Attorney General on April 27, 2015, she is automatically substituted as a Defendant in this action in place of Eric Holder. *See* Fed. R. Civ. P. 25(d).

STIPULATION AND [PROPOSED] ORDER
SETTING HEARING DATE AND
BRIEFING SCHEDULE FOR PLAINTIFFS'
SPECIAL MOTION AND SUBMISSION OF
ADMINISTRATIVE RECORD REGARDING
FUNCTIONAL STANDARD
3:14-CV-03120 (RS)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# **RECITALS**

1. On October 16, 2014, Defendants filed a motion to dismiss Plaintiffs' complaint (ECF No. 21), which the Court denied on February 20, 2015 (ECF No. 38).

2. On March 12, 2015, the Court held a case management conference. (ECF No. 41.)

3. At the conference, the Court ordered Defendants to provide an administrative record for Defendant Program Manager of the Information Sharing Environment's ("Program Manager") standard on suspicious activity reporting by June 10, 2015. (ECF No. 41.)

4. The parties disagreed regarding the availability of discovery on Plaintiffs' claims related to Defendant Department of Justice's ("DOJ") alleged standard on suspicious activity reporting. Plaintiffs argued that immediate discovery on the DOJ's standard on suspicious activity reporting is appropriate and necessary. Defendants contend that discovery is inappropriate in this Administrative Procedure Act action, which is governed by the administrative record. With respect to the so-called DOJ standard, Defendants further contend that Plaintiffs have failed to plead facts sufficient to establish the existence of such a standard or a cause of action that would warrant discovery. The Court invited Plaintiffs to address the dispute between the parties via an affirmative motion setting forth Plaintiffs' position as to their right to obtain discovery related to the DOJ's standard for suspicious activity reporting. Pursuant to the Court's invitation, Plaintiffs intend to file a special motion to establish their right to discovery on the DOJ's standard for suspicious activity reporting ("Special Motion").

5. To ensure orderly briefing on Plaintiffs' Special Motion, the parties stipulate to the following briefing schedule. On June 4, 2015, Plaintiffs will file their Special Motion. On July 10, 2015, Defendants will file their opposition to Plaintiffs' Special Motion. Plaintiffs will then file a reply brief in support of their Special Motion on July 30, 2015.

6. The parties additionally stipulate that the hearing on Plaintiffs' Special Motion will be held on August 20, 2015, subject to the Court's approval.

7. The parties further stipulate that Defendants will be permitted until June 17, 2015,

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

1

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' SPECIAL MOTION AND SUBMISSION OF ADMINISTRATIVE RECORD REGARDING FUNCTIONAL STANDARD
3:14-CV-03120 (RS)

to file the administrative record pertaining to the Program Manager's functional standard, subject to the Court's approval. Defendants request an additional week to ensure proper review of the record.

## STIPULATION

Plaintiffs will file their Special Motion on June 4, 2015. Defendants will file their opposition to Plaintiffs' Special Motion on July 10, 2015. Plaintiffs will then file a reply brief in support of their Special Motion on July 30, 3015. Plaintiffs' Special Motion will be heard on August 20, 2015, subject to the Court's approval. Defendants will file the administrative record pertaining to the Program Manager's functional standard on or before June 17, 2015.

Dated:  June 4, 2015

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

By   */s/ Julia Harumi Mass*
     JULIA HARUMI MASS

*Attorneys for Plaintiffs*

Dated:  June 4, 2015

U.S. DEPARTMENT OF JUSTICE

By   */s/ Paul Freeborne*
     Paul Freeborne

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' SPECIAL MOTION AND SUBMISSION OF ADMINISTRATIVE RECORD REGARDING FUNCTIONAL STANDARD
3:14-CV-03120 (RS)

2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**FILER'S ATTESTATION**

I, Nicole R. Sadler, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' SPECIAL MOTION TO ESTABLISH RIGHT TO DISCOVERY ON THE DEPARTMENT OF JUSTICE'S STANDARD FOR SUSPICIOUS ACTIVITY REPORTING AND SUBMISSION OF ADMINISTRATIVE RECORD REGARDING FUNCTIONAL STANDARD.  Pursuant to L.R. 5-1(i)(3), I hereby attest that concurrence in the electronic filing of this document has been obtained from each of the other signatories.

Dated: June 4, 2015            By    /s/Nicole R. Sadler
                                     Nicole R. Sadler

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' SPECIAL MOTION AND SUBMISSION OF ADMINISTRATIVE RECORD REGARDING FUNCTIONAL STANDARD
3:14-CV-03120 (RS)

3

**[PROPOSED] ORDER**

Pursuant to the Stipulation between the Parties, it is hereby ORDERED that Plaintiffs' Special Motion to Establish Right to Discovery on the Department of Justice's Standard for Suspicious Activity Reporting is set for hearing on August 20, 2015, at 1:30 p.m.

Further pursuant to the Stipulation, it is hereby ORDERED that Plaintiffs' Special Motion shall be filed no later than June 4, 2015; the opposition to the motion shall be filed no later than July 10, 2015; and the reply shall be filed no later than July 30, 2015. Defendants will file the administrative record pertaining to the Program Manager's functional standard on or before June 17, 2015.

**IT IS SO ORDERED.**

Dated: _____

The Hon. Richard Seeborg
Judge of the United States District Court for the Northern District of California

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

4

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' SPECIAL MOTION AND SUBMISSION OF ADMINISTRATIVE RECORD REGARDING FUNCTIONAL STANDARD
3:14-CV-03120 (RS)