# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALID IBRAHIM; and AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 3:14-cv-03120 (RS)<br><br>~~PROPOSED~~ ORDER |

Pursuant to Stipulation, it is hereby **ORDERED** that the September 3, 2015 case management conference is continued to September 10, 2015.  The parties will file a further supplemental joint case management statement, including their proposals for a briefing schedule and page limits for cross-motions for summary judgment, on September 4, 2015.

Dated: August 26, 2015   _____
                          Judge Richard Seeborg
                          United States District Court

1

*Gill v. Dep't of Justice*, No. 14-3120, PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE