UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILEY GILL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Case No. 14-cv-03120-RS<br><br>**ORDER REFERRING ISSUES TO MAGISTRATE JUDGE AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' further supplemental joint case management statement and good cause appearing, it is ordered:

1. The parties shall complete their ongoing meet and confer negotiations regarding the administrative record, including any further meet and confer efforts that may be required by the magistrate judge prior to motion practice.

2. A randomly-selected magistrate judge shall be assigned to this action to hear and decide any disputes regarding the adequacy of the administrative record that the parties are unable to resolve, as well as any discovery disputes in the event discovery is permitted at some future point in time.

3. Plaintiffs' request for leave to propound "jurisdictional" discovery at this juncture is denied.

4. The further Case Management Conference is continued to November 19, 2015. In the event the issues regarding the administrative record have not been resolved, one week prior

to the conference the parties shall submit a joint status update. If no further challenges to the completeness of the administrative record are then pending, one week prior to the conference the parties shall jointly propose a briefing schedule for cross-summary judgment motions. The parties are advised that the page limits they have proposed will be reduced by five pages per brief.

**IT IS SO ORDERED**.

Dated: September 8, 2015

_____
RICHARD SEEBORG
United States District Judge