BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

PAUL G. FREEBORNE
VA Bar No. 33024
Senior Trial Counsel

KIERAN G. GOSTIN
DC Bar No. 1019779
Trial Attorney

Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail: paul.freeborne@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALID IBRAHIM; and AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 3:14-cv-03120 RS-KAW<br><br>**PARTIES' JOINT STIPULATION REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPLETE THE ADMNISTRATIVE RECORD AND CONTINUATION OF HEARING; ORDER (AS MODIFIED BY THE COURT)** |

*Gill v. Dep't of Justice*, No.14-3120 (RS)
PARTIES' JOINT STIPULATION REGARDING DEFENDANTS'
RESPONSE TO PLAINTIFFS' MOTION TO COMPLETE
ADMINISTRATIVE RECORD AND CONTINUATION OF HEARING
ORDER

1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202)353-4556

# **ORDER**

Pursuant to the Stipulation of the Parties, it is hereby **ORDERED** that Defendants' response is due on October 22, 2015, Plaintiffs' reply in support of the motion is due on November 5, 2015, and the motion will be heard on December 3, 2015.

IT IS SO ORDERED

Date:   10/09/2015

_____
Kandis A. Westmore
United States Magistrate Judge

*Gill v. Dep't of Justice*, No.14-3120 (RS)
PARTIES' JOINT STIPULATION REGARDING DEFENDANTS'
RESPONSE TO PLAINTIFFS' MOTION TO COMPLETE
ADMINISTRATIVE RECORD AND CONTINUATION OF HEARING
ORDER

2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202)353-4556