UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALID IBRAHIM; and AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE; LORETTA LYNCH, in her official capacity as the Attorney General of the United States; PROGRAM MANAGER – INFORMATION SHARING ENVIRONMENT; KSHEMENDRA PAUL, in his official capacity as the Program Manager of the Information Sharing Environment,<br><br>Defendants. | Case No. 3:14-cv-03120-RS-KAW<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL AS COUNSEL |

Upon consideration of Notice of Request for Withdrawal as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Jonathan Alan Loeb and Jeffrey Rosenfeld, Blank Rome LLP, are withdrawn as counsel of record.  The clerk is directed to remove Jonathan Alan Loeb and Jeffrey Rosenfeld from the docket.

Dated: 10/28/15

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE