BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

PAUL G. FREEBORNE
VA Bar No. 33024
Senior Trial Counsel

KIERAN G. GOSTIN
DC Bar No. 1019779
Trial Attorney

Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail: paul.freeborne@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALID IBRAHIM; and AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 3:14-cv-03120 RS-KAW<br><br>**PARTIES' JOINT STIPULATION REGARDING EXTENSION TO SEEK RELIEF FROM MAGISTRATE JUDGE'S NONDISPOSITIVE ORDER; [PROPOSED] ORDER** |

*Gill v. Dep't of Justice*, No.14-3120 (RS)
PARTIES' JOINT STIPULATION REGARDING
EXTENSION TO SEEK RELIF FROM MAGISTRATE JUDGE'S
NONDISPOSITIVE ORDER; [PROPOSED] ORDER

1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
WASHINGTON, D.C. 20044
(202)353-4556

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, it is hereby **ORDERED** that the deadline to file any motion for relief from the Magistrate Judge's Order Granting in Part and Denying in Part Plaintiffs' Motion to Complete the Administrative Record, Dkt. No. 88, is extended to January 18, 2016.

IT IS SO ORDERED

Date:  __12/22/15_____                 _____
                                            Richard G. Seeborg
                                            United States District Court Judge

Gill v. Dep't of Justice, No.14-3120 (RS)
PARTIES' JOINT STIPULATION REGARDING
EXTENSION TO SEEK RELIF FROM MAGISTRATE JUDGE'S
NONDISPOSITIVE ORDER; [PROPOSED] ORDER

2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
WASHINGTON, D.C. 20044
(202)353-4556