United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILEY GILL, et al.,

          Plaintiffs,

    v.

DEPARTMENT OF JUSTICE, et al.,

          Defendants.

Case No.  14-cv-03120-RS

**ORDER SETTING BRIEFING SCHEDULE**

Defendants seek review of the magistrate judge's order filed December 18, 2015. Pursuant to Civil Local 72-2, plaintiffs are hereby authorized to file a response, not to exceed seven pages, no later than January 29, 2016. The matter will then be submitted without further briefing or oral argument, unless otherwise ordered.

**IT IS SO ORDERED**.

Dated:  January 15, 2016

_____
RICHARD SEEBORG
United States District Judge