BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
STEVEN A. MYERS
Trial Attorney
NY No. 4823043

Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-8648
Facsimile: (202) 616-8460
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALID IBRAHIM; and AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 3:14-cv-03120 (RS)(KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' DECLARATIONS AND TO SUPPLEMENT THE RECORD WITH PLAINTIFFS' DECLARATIONS** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6-2, Defendants request that the Court conform the briefing schedule on Plaintiffs' Motion to Strike Defendants' Declarations and to Supplement the Record with Plaintiffs' Declarations, *see* ECF No. 121, to the existing briefing schedule on the parties' cross-motions for summary judgment. The parties, through their undersigned counsel, have conferred and the Plaintiffs stipulate and agree to this request.

Defendants provide the following bases in support of this stipulated request:

1. On July 25, 2016, the Court entered a Case Management Order pursuant to which Defendants' Motion for Summary Judgment was due August 19, 2016; Plaintiffs' Opposition and Cross-Motion was due September 22, 2016; Defendants' Reply was due October 20, 2016; and Plaintiffs' Reply was due November 17, 2016. *See* ECF No. 112.

2. Defendants filed their Motion for Summary Judgment on August 19, 2016. On September 22, 2016, Plaintiffs filed both (1) their Opposition and Cross-Motion, *see* ECF No. 115, and (2) a Motion to Strike Defendants' Declarations and Supplement the Record with Plaintiffs' Declarations, *see* ECF No. 121.

3. Pursuant to the Local Rules of this Court, Defendants' opposition to the latter motion is due October 6, 2016, and Plaintiffs' Reply is due October 13, 2016. *See* Local Civil Rule 7-3(a), (c).

4. The parties have conferred and agree that it would be most efficient for the briefing schedule on Plaintiffs' Motion to Strike Defendants' Declarations and Supplement the Record with Plaintiffs' Declarations to conform to the briefing schedule on the parties' Cross-Motions for Summary Judgment. Accordingly, the parties request that Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Declarations and Supplement the Record with Plaintiffs' Declarations be due October 20, 2016, and that Plaintiffs' Reply be due November 17, 2016.

DATED: September 29, 2016     Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/* Steven A. Myers
Steven A. Myers (NY 4823043)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 305-8648
Facsimile: (202) 616-8460
E-mail: steven.a.myers@usdoj.gov

ATTORNEYS FOR FEDERAL DEFENDANTS

*/s/ Linda Lye*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Linda Lye (SBN 215584), llye@aclunc.org
Julia Harumi Mass (SBN 189649),
jmass@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MORGAN, LEWIS & BOCKIUS LLP
Stephen Scotch-Marmo (admitted *pro hac vice*)
stephen.scotch-marmo@morganlewis.com
Michael James Ableson (admitted *pro hac vice*)
michael.ableson@morganlewis.com
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

ASIAN AMERICANS ADVANCING
JUSTICE - ASIAN LAW CAUCUS
Christina Sinha (SBN 278893),
christinas@advancingjustic-alc.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone:   (415) 848-7711
Facsimile: (415) 896-1702

-3-
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' DECLARATIONS AND TO SUPPLEMENT THE RECORD WITH PLAINTIFFS' DECLARATIONS, CASE NO. 3:14-CV-03120 (RS) (KAW)

MORGAN, LEWIS & BOCKIUS LLP
Jeffrey S. Raskin (SBN 169096)
jeffrey.raskin@morganlewis.com
Phillip J. Wiese (SBN 291842)
phillip.wiese@morganlewis.com
Ellie F. Chapman (SBN 305473)
ellie.chapman@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA
Telephoe: (415) 442-1000
Facsimile: (415) 442-1001

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Hina Shamsi (admitted *pro hac vice*)
hshamsi@aclu.org
Hugh Handeyside (admitted *pro hac vice*)
hhandeyside@aclu.org
125 Broad Street
New York, NY  10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2654

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
David Loy (SBN 229235)
dloy@aclusandiego.org
Mitra Ebadolahi (SBN 275157)
mebadolahi@aclusandiego.org
P.O. Box 87131
San Diego, CA  92138
Telephone:   (619) 232-2121
Facsimile:    (619) 232-0036

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
pbibring@aclusocal.org
1313 West 8th Street
Los Angeles, CA 90017
Telephone:   (213) 977-9500
Facsimile:    (213) 977-5299

*Attorneys for Plaintiffs*

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Linda Lye's concurrence in the filing of this document.

  */s/ Steven A. Myers*

-4-
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' DECLARATIONS AND TO SUPPLEMENT THE RECORD WITH PLAINTIFFS' DECLARATIONS, CASE NO. 3:14-CV-03120 (RS) (KAW)

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
STEVEN A. MYERS
Trial Attorney
NY No. 4823043

Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-8648
Facsimile: (202) 616-8460
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RAZAK; KHALID IBRAHIM; and AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 3:14-cv-03120 (RS)(KAW)<br><br>**DECLARATION OF STEVEN A. MYERS** |

I, Steven A. Myers, do hereby declare as follows:

1. I am an attorney with the Civil Division of the United States Department of Justice. I have been assigned primary responsibility for representing Defendants in this matter.

2. Defendants filed their Motion for Summary Judgment on August 19, 2016. On September 22, 2016, Plaintiffs filed both (1) their Opposition and Cross-Motion, *see* ECF No. 115, and (2) a separate Motion to Strike Defendants' Declarations and Supplement the Record with

1  Plaintiffs' Declarations, *see* ECF No. 121.  Pursuant to the Local Rules of this Court, Defendants'
2  opposition to the latter motion is due October 6, 2016, and Plaintiffs' Reply is due October 13, 2016.
3  *See* Local Civil Rule 7-3(a), (c).
4        3.      The parties have conferred and agree that it would be most efficient for the briefing
5  deadlines on Plaintiffs' Motion to Strike Defendants' Declarations and Supplement the Record with
6  Plaintiffs' Declarations to conform to the briefing schedule on the parties' Cross-Motions for
7  Summary Judgment.
8        4.      Accordingly, the parties request that Defendants' Opposition to Plaintiffs' Motion to
9  Strike Defendants' Declarations and Supplement the Record with Plaintiffs' Declarations be due
10 October 20, 2016, and that Plaintiffs' Reply be due November 17, 2016.
11       I declare under penalty of perjury that the foregoing is true and correct.
12
13 Dated:  September 29, 2016           /s/ Steven A. Myers
                                                            STEVEN A. MYERS
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, it is hereby ORDERED that Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Declarations and Supplement the Record with Plaintiffs' Declarations, *see* ECF No. 121, is due October 20, 2016, and that Plaintiffs' Reply is due November 17, 2016.

IT IS SO ORDERED.

DATED: 9/30/16

_____
HON. RICHARD SEEBORG
United States District Judge