MORGAN, LEWIS & BOCKIUS LLP
Stephen Scotch-Marmo (admitted *pro hac vice*)
Stephen.scotch-marmo@morganlewis.com
Michael James Ableson (admitted *pro hac vice*)
michael.ableson@morganlewis.com
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000; Facsimile: (212) 309-6001

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Linda Lye (SBN 215584), llye@aclunc.org
Julia Harumi Mass (SBN: 18649), jmass@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493; Facsimile: (415) 255-8437

ASIAN AMERICANS ADVANCING
JUSTICE – ASIAN LAW CAUCUS
Christina Sinha (SBN 278893), christinas@advacingjustice-alc.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 848-7711; Facsimile: (415) 896-1703

*Attorneys for Plaintiffs*
Additional counsel listed on signature page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILEY GILL; JAMES PRIGOFF; TARIQ RZAK; KHALID IBRAHIM; AND AARON CONKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 3:14-CV-03120-RS-KAW<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Honorable Richard Seeborg |

Notice is hereby given that all plaintiffs in the above-captioned action hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's March 29, 2017 Judgment entered in favor of defendants and against plaintiffs.

| | |
|---|---|
| Dated:  May 28, 2017 | By: _____ /s/ Linda Lye_____ |

MORGAN, LEWIS & BOCKIUS LLP
Jeffrey S. Raskin (SBN 169096)
jeffrey.raskin@morganlewis.com
Phillip J. Wiese (SBN 291842)
phillip.wiese@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
Stephen Scotch-Marmo (admitted *pro hac vice*)
Stephen.scotch-marmo@morganlewis.com
Michael James Ableson (admitted *pro hac vice*)
michael.ableson@morganlewis.com
101 Park Avenue
New York, NY 10178
Telephone:  (212) 309-6000; Facsimile: (212) 309-6001

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Hina Shamsi (admitted *pro hac vice*)
hshamsi@aclu.org
Hugh Handeyside (admitted *pro hac vice*)
hhandeyside@aclu.org
125 Broad Street
New York, NY  10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2654

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
David Loy (SBN 229235)
dloy@aclusandiego.org
Mitra Ebadolahi (SBN 275157)
mebadolahi@aclusandiego.org
P.O. Box 87131
San Diego, CA  92138
Telephone: (619) 232-2121
Facsimile:  (619) 232-0036

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
Peter Bibring (SBN 223981)
pbibring@aclusocal.org
1313 West 8th Street
Los Angeles, CA 90017
Telephone:   (213) 977-9500
Facsimile:    (213) 977-5299

*Attorneys for Plaintiffs*
Additional counsel listed on caption page

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
OFFICE ADDRESS

2

NOTICE OF APPEAL
3:14-CV-03120-RS-KAW

**REPRESENTATION STATEMENT**
Fed R. App. P. 12(b); 9th Cir. R. 3-2(b)

All of the plaintiffs in the above-captioned action are appellants in this appeal. The following list shows the parties to the action and identifies their counsel by name, address, and telephone number.

**COUNSEL FOR ALL PLAINTIFFS**

Stephen Scotch-Marmo
Michael James Ableson
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

Jeffrey S. Raskin
Phillip J. Wiese
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Linda Lye
Julia Harum Mass
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Hina Shamsi
Hugh Handeyside
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
Telephone: (212) 249-2500

Christina Sinha
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 848-7711

David Loy
Mitra Ebadolahi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
PO Box 87131
San Diego, CA 92138
Telephone: (619) 232-2121

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
OFFICE ADDRESS

3

NOTICE OF APPEAL
3:14-CV-03120-RS-KAW

1  **COUNSEL FOR ALL DEFENDANTS**

2  Steven Andrew Myers

3  U.S. Department of Justice
Civil Division, Federal Programs Branch

4  20 Massachusetts Avenue N.W.
Washington, D.C. 20001

5  Telephone: (203) 353-0543

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
OFFICE ADDRESS

4

NOTICE OF APPEAL
3:14-CV-03120-RS-KAW